# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. GJH-19-517 |
| | * | |
| HENRY LEE KENNER II | * | |
| | * | |
| | * | |
| | ****** | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court as endorsed below, the United States Attorney for the District of Maryland hereby dismisses, with prejudice, Count Two of the Superseding Indictment pending against Henry Lee Kenner II, which count charges him with Witness Tampering by Attempt to Kill, in violation of 18 U.S.C. § 1512(a)(1)(A).

                                                                               Respectfully submitted,

                                                                               Robert K. Hur
                                                                               United States Attorney

By:    /s/     *Joseph R. Baldwin*
                     G. Michael Morgan
                     Joseph R. Baldwin
                     Assistant United States Attorneys

Leave of Court is granted for the filing of the foregoing dismissal.

_____                                     _____
Date                                                             The Honorable George J. Hazel
                                                                      United States District Judge