# UNITED STATES OF AMERICA

## vs.

## HENRY LEE KENNER II

**Criminal No. GJH-19-0517**                                    **Government's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | August 18, 2020 | August 18, 2020 | Redacted Handwritten Note |
| 2 | August 18, 2020 | August 18, 2020 | Redacted Handwritten Note |
| 3 | August 18, 2020 | August 18, 2020 | Handwritten Note |
| 4 | August 18, 2020 | August 18, 2020 | Handwritten Note |
| 5 | August 18, 2020 | August 18, 2020 | Handwritten Note |
| 6 | August 18, 2020 | August 18, 2020 | Handwritten Note |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |